# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-40853
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 25, 2019

Lyle W. Cayce
Clerk

MICHAEL HABINIAK,

Plaintiff–Appellant

v.

MNB VENTURES, INCORPORATED, each in their individual capacity;
TEXAS NATIONAL BANK, each in their individual capacity; HERIBERTO
ALANIS, each in their individual capacity; HECTOR GUERRA, SR., each in
their individual capacity; HECTOR GUERRA, JR., each in their individual
capacity; CANDELARIO ONTIVEROS, each in their individual capacity;
JOE QUIROGA, each in their individual capacity; ABEL RODRIGUEZ, each
in their individual capacity; ATLAS, HALL & RODRIGUEZ, L.L.P., each in
their individual capacity; KITTLEMAN THOMAS LAW FIRM, each in their
individual capacity; C. WESLEY KITTLEMAN, each in their individual
capacity; CARLOS M. YZAGUIRRE, each in their individual capacity;
GUERRA LAW GROUP, each in their individual capacity; CARLOS L.
GUERRA, each in their individual capacity; DAVID J. LUMBER, each in
their individual capacity; MARIO E. RAMIREZ, JR., each in their individual
capacity; JAMES P. GRISSOM, each in their individual capacity; WILLIAM
A. CSABI, each in their individual capacity; DAVID J. BRADLEY, each in
their individual capacity; MICAELA ALVAREZ, each in their individual
capacity; MISSY MEDARY, each in their individual capacity; LAURA
HINOJOSA, each in their individual capacity; CHARLES MURRAY, each in
their individual capacity; RANDY CRANE, U.S. District Judge, each in their
individual capacity,

Defendants–Appellees

No. 18-40853

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:17-CV-343

---

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.